# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| TRACY THOMPSON, | Case No. 17-cv-05843-HSG |
|---|---|
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| DENNIS HERRERA, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED**, to the Honorable William H. Orrick for consideration of whether the case is related to *Thompson v. Herrera*, 17-cv-5141-WHO, and *Thompson v. Herrera*, 17-cv-5163-WHO.

**IT IS SO ORDERED.**

Dated: 12/1/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge